# Court of Appeals
# of the State of Georgia

ATLANTA,   March 31, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1005. ROBERT NORMAN DOYLE v. THE STATE.**

In 2006, Robert Norman Doyle pled guilty to selling cocaine and was sentenced to serve ten years. In September 2013, Doyle filed a motion to vacate a void judgment of conviction, alleging various due process violations in connection with his guilty plea. The trial court denied the motion, and Doyle filed this appeal. We lack jurisdiction.

A motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Doyle is not authorized to collaterally attack his conviction in this manner, this appeal is subject to dismissal. See id.; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010). Accordingly, Doyle's appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 03/31/2014
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , Clerk.